UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DSG LOGISTICS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>ROCHA, INC,<br><br>                Defendant. | CASE NO. 2:19-cv-00720-JLR-JRC<br><br>ORDER TO SHOW CAUSE REGARDING ATTORNEY FEES AND COSTS |

The District Court has referred this matter to U.S. Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4. *See* Dkt. 11. The matter is before the Court on plaintiff's motion for a default judgment against defendant. *See* Dkt. 7.

Plaintiff requests, among other things, "reasonable" attorney fees and costs pursuant to a provision of the parties' contract allowing for "all costs, expenses and reasonable attorneys' fees incurred or payable. . . ." *See* Dkt. 8, at 16. However, plaintiff does not provide an itemization to support his request for $5,823.50 of attorney fees, so that the undersigned is unable to make a

recommendation regarding whether that amount is "reasonable." *See* Dkt. 7-1, at 2; Dkt. 8, at 2. Moreover, plaintiff's counsel states that costs have been incurred for "$809.00 in costs comprising[]the court filing fee and process serving fees" but does not provide any cost records. *See* Dkt. 8, at 2.

Therefore, on or before **October 7, 2019**, plaintiff shall respond to this show cause order by providing a resume, billing and cost records, and other documents to support his request for costs and reasonable attorney fees.

Dated this 9th day of September, 2019.

J. Richard Creatura
United States Magistrate Judge