UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DSG LOGISTICS LLC,

    Plaintiff,

v.

ROCHA, INC,

    Defendant.

CASE NO. 2:19-cv-00720 JLR-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's motion for a default judgment is granted. Judgment is hereby entered against defendant Rocha, Inc., in the following amount:

| | | |
|---|---|---|
| a. | Principal Amount Due: | $41,302.00 |
| b. | Attorneys' Fees: | $5,823.50 |
| c. | Costs: | $809.00 |
| d. | Prejudgment Interest: | $398.56 |
| e. | **Total Judgment Amount:** | **$48,333.06** |

1   (3)     Judgment is granted in favor of plaintiff, and plaintiff is awarded its costs and
2   attorneys' fees as a result of plaintiff's claim for cargo damage associated with defendant's
3   allegation of failure to properly refrigerate cargo during transport.  Attorney's fees are awarded
4   in the amount of $5,823.50, which sum is reasonable.
5   (4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
6   J. Richard Creatura
7   Dated this 25 day of ~~[Pick the date]~~ October.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2